UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ANDRE CURRAULT                                CIVIL ACTION

       *Plaintiff*                            NO.

VERSUS                                        SECTION "   "

TROY CURRAULT, NICHOLAS
CURRAULT, LOWER RIVER SHIP              MAG. (   )
SERVICE, LLC, ADAM NEELY DAVIS,
ADAM DAVIS LAW FIRM, LLC and
SIDNEY FREEMAN

       *Defendants*

## NOTICE OF REMOVAL

TO:

| | |
|---|---|
| Clerk of Court | Lafourche Parish Clerk of Court |
| United States District Court | 17th Judicial District Court |
| Eastern District of Louisiana | State of Louisiana |
| 500 Camp Street | P.O. Box 818 |
| New Orleans, Louisiana 70130 | Thibodaux, LA 70302 |
| | |
| David W. Ardoin | Adam Davis and |
| Preston L. Hayes | Adam Davis Law Firm, LLC |
| Ryan P. Monsour | 22398 LA-435 |
| AMO Trial Lawyers, LLC | Abita Springs, LA 70420 |
| 604 West Third Street | |
| Thibodaux, Louisiana 70301 | |

Sidney Freeman
c/o Taylor Bologna
Bologna Law Firm
230 Huey P. Long Avenue, Second Floor
Gretna, LA 70053

Defendants, Troy Currault, Nicholas Currault, and Lower River Ship Service, LLC, while

fully reserving all defenses and rights, including, but not limited to, all defenses authorized by

Rule 12 of the Federal Rules of Civil Procedure, and without waiving any other defenses,

objections, or counterclaims in response to the Petition for Damages filed against them, respectfully remove to this Court the state-court case described herein below, and avers as follows:

1.

Upon information and belief plaintiff, Andrew Currault, is a resident, domiciliary, and citizen of Lafourche Parish, Louisiana.

2.

Defendants, Troy Currault and Nicholas Currault, are persons of the full age of majority, domiciled in Lafourche Parish, Louisiana. Upon information and belief, defendant, Sidney Freeman, is a person of the full age of majority domiciled in Lafourche Parish, Louisiana; Defendant Adam Neely Davis is a person of the full age of majority, domiciled in St. Tammany Parish, Louisiana. Defendants Lower River Ship Service, LLC ("Lower River"), and Adam Davis Law Firm, LLC ("Adam Davis Law Firm") are Louisiana limited liability companies, licensed to do and doing business in the State of Louisiana.

3.

On August 29, 2021, Hurricane Ida made landfall in Louisiana. During the course of the hurricane, approximately 38 barges broke free from the American River Transportation Company ("ARTCO") fleet on the lower Mississippi River. Captain Troy Currault, Captain Nicholas Carrualt, Captain Sidney Freeman, Andrew Currault, and Lower River, participated in salvage efforts to protect and save the subject barges from sinking, colliding with other vessels, docks, and other marine structures, or otherwise causing harm or damage to themselves or others.

4.

On July 17, 2023, Captain Nicholas Currault, Captain Troy Currault, Andre Currault, and Lower River, represented by Adam Neely Davis and the Adam Davis Law Firm , LLC, along with

-2-

Captain Sidney Freeman, represented by separate counsel, filed a verified marine salvage complaint in the United States District Court for the Eastern District of Louisiana against ARTCO, *in personam*, and the 38 ARTCO barges and their cargo, *in rem*, seeking a marine salvage award, pursuant to the International Convention on Salvage (the "Salvage Convention") and the general maritime law, for voluntarily and successfully rescuing the subject barges from marine peril when the barges broke away from the ARTCO's fleet as a result of Hurricane Ida, said action entitled "*Nicholas Currault, Andre Currault, Troy Currault, Lower River Ship Service, LLC, and Sidney Freeman Versus American River Transportation Company, LLC ("ARTCO") d/b/a Artco Fleeting Services, in Personam, And Thirty-Eight Artco Barges, And Their Cargo in rem,*" C.A. No. 23-cv-2542, Section D(4)(the "Salvage Lawsuit").

5.

A bench trial was conducted in the Salvage Lawsuit between April 22 and April 24, 2024 and a Final Judgment was entered on June 28, 2024, holding "that there be judgment in favor of Salvage Plaintiffs Capt. Nicholas Currault, Andre Currault, Capt. Troy Currault, Lower River Ship Service, LLC, ("collectively sometimes referred to as the "Currault Family")  and Capt. Sidney Freeman, and against Defendant American River Transportation Company, LLC on Salvage Plaintiffs' claim for a salvage award in the amount of $3,761,500.00 (THREE-MILLION SEVEN-HUNDRED SIXTY-ONE THOUSAND AND FIVE-HUNDRED DOLLARS)."

6.

Defendant in the Salvage Lawsuit, ARTCO,  timely appealed the Final Judgment to the United States Court of Appeals for the Fifth Circuit said action entitled "*Nicholas Currault; Andre Currault; Troy Currault; Lower River Ship Service, L.L.C.; Sidney Freeman, Plaintiff-Appellees, versus American River Transportation Company, L.L.C., in personam, and thirty-eight ARTCO*

-3-

*Barges and their cargo, in rem, doing business as Artco Fleeting Services, Defendant-Appellant,"* No. 24-30471. (the "Salvage Appeal").

7.

The Salvage Appeal was fully briefed by all parties following which the Appellate Court heard oral argument on June 2, 2025.  On December 8, 2025, the Fifth Circuit Court of Appeals issued its opinion affirming the Final Judgement in the Salvage Lawsuit.

8.

Appellant in the Salvage Appeal, ARTCO, sought rehearing and rehearing *en banc* which requests were denied on January 12, 2026 and a Judgment affirming the judgment of the District Court was entered on January 20, 2026.

9.

In March 2026, ARTCO satisfied its obligations under the Judgment, which funds were deposited in the Adam Davis Law Firm's IOLTA account. An order granting a Motion for Order of Satisfaction Judgment filed by ARTCO was issued by the District Court on March 12, 2026.

10.

Subsequent to the payment of the Judgment a dispute arose about how much of the Currault Family global salvage award plaintiff herein and salvor, Andre Currault, should be entitled.

11.

As a result of the forgoing dispute, on May 8, 2026, plaintiff Andre Currault filed suit in the 17th Judicial District Court, Parish of Lafourche, State of Louisiana, naming as defendants Troy Currault, Nicholas Currault, Lower River, Adam Neely Davis, Adam Davis Law Firm, LLC and Sidney Freeman, said action entitled and numbered "*Andre Currault versus Troy Currault, Nicholas Currault, Lower River, Adam Neely Davis, Adam Davis Law Firm, LLC and Sidney*

*Freeman*," Number C-154342, Division "E" attached hereto as **Exhibit "A"** ("Plaintiff's State Court Petition"). Plaintiff's State Court Petition asks the State Court to make a "determination [of the] proper distribution of the global salvage award."

12.

This Court has subject matter jurisdiction by virtue of 28 U.S.C. §1331, 28 U.S.C. §1333, and F.R.C.P. 9(h).

13.

The dispute in this matter is one for salvage compensation, and it therefore is an action cognizable exclusively by an admiralty court of the United States. *The North Carolina*, 40 U.S. 40, 48 (1841).

14.

This Court has removal jurisdiction pursuant to 28 U.S.C. §1441 *et seq*., including but not limited to 28 U.S.C. §1441(a). All defendants consent to this removal.

15.

This Notice of Removal is filed timely under 28 U.S.C. § 1446(b), as it is being filed within thirty (30) days of service of the state-court petition on the defendants Nicholas Currault and Lower River.

16.

Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served upon Nicholas Currault and Lower River in Plaintiff's State Court Petition are attached hereto as **Exhibit "A"**.

17.

Pursuant to 28 U.S.C. § 1446(d), Troy Currault, Nicholas Currault and Lower River will give written notice to Plaintiff by serving on counsel for Plaintiff a copy of this Notice of Removal, and, further, will file a copy of this Notice of Removal with the Clerk of Court for the 17th Judicial District Court for the Parish of Lafourche, State of Louisiana, promptly after the filing of this Notice of Removal.

Troy Currault, Nicholas Currault and Lower River reserve the right to amend or supplement this Notice of Removal or to urge additional arguments in support of its entitlement to remove the Plaintiff's State Court Petition to this Court.

WHEREFORE, Defendants, Troy Currault, Nicholas Currault, and Lower River Ship Service LLC, respectfully pray that the Civil Action No. C-154342 now pending in the 17th Judicial District Court for the Parish of Lafourche, State of Louisiana, be removed from that court to the United States District Court for the Eastern District of Louisiana, and that this Honorable Court assume full and complete jurisdiction thereof and issue all necessary orders and grant all general and equitable relief to which defendants are entitled.

Respectfully submitted,

BROOKS GELPI HAASÉ, L.L.C.

*/s/ Kenneth J. Gelpi, Jr.*

_____

KENNETH J. GELPI, JR. (#24103)
RONALD J. KITTO (#28638)
909 Poydras Street, Suite 2325
New Orleans, LA 70112
Telephone:     (504) 224-6723
Facsimile:      (504) 534-3170
E-mail:          kgelpi@brooksgelpi.com
                     rkitto@brooksgelpi.com

*Attorneys for Troy Currault, Nicholas Currault, and Lower River Ship Service LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 22nd day of May, 2026, a copy of the above and foregoing has been electronically filed with the Clerk of Court using the CM/ECF system, which then sent notification of such filing to counsel of record.

*/s/ Kenneth J. Gelpi, Jr.*

_____

KENNETH J. GELPI, JR. (#24103)
Brooks Gelpi Haasé, L.L.C.
909 Poydras Street, Suite 2325
New Orleans, LA 70112
Telephone:    (504) 224-6723
Facsimile:    (504) 534-3170
E-mail:        kgelpi@brooksgelpi.com

*Attorneys for Troy Currault, Nicholas Currault, and Lower River Ship Service LLC*

-7-